# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No. H-18-526** |
| | § | |
| **CLINTON BOOKER** | § | |

## UNOPPOSED GOVERNMENT'S MOTION TO RE-SET SENTENCING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through the United States Attorney for the Southern District of Texas, respectfully moves, and files this Motion to Continue Sentencing, and as good cause would show the Court the following:

1.) The cause is currently set for sentencing on November 21, 2019;

2.) The undersigned Assistant United States Attorney is scheduled to be in McAllen for a sentencing in the matter of the *United States vs. Eduardo Carrillo* under cause number M-15-761;

3.) Jonathan Landers, attorney of record for defendant, was contacted and is unopposed to a continuance in this matter;

4.) Undersigned counsel does not file this motion to unduly delay proceedings;

Wherefore, the Government respectfully requests that the Court grant this Motion to Re-Set Sentencing for the reasons set forth above.

    Respectfully submitted,

    RYAN K. PATRICK
    UNITED STATES ATTORNEY

    *s/ Michael E. Day*
    Michael E. Day
    Assistant United States Attorney

    Texas Bar No. 24080665
    Southern District No. 1759502

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **UNOPPOSED GOVERNMENT'S MOTION TO RE-SET SENTENCING** was filed with the District Clerk's Office and copies were mailed, faxed, e-mailed via ECF notification, or hand-delivered on the 18th day of November 2019, to Edward Chernoff and Jonathan Landers, attorneys of record for the Defendant.

                                              s/ *Michael E. Day*
                                              Michael E. Day
                                              Assistant United States Attorney